**Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01050-CV

———————

## IN RE LISA LUXENBURG, Relator

---

## ORIGINAL PROCEEDING
## WRIT OF MANDAMUS
### 334th District Court
### Harris County, Texas
### Trial Court Cause No. 2013-29603

---

## ABATEMENT ORDER

On November 22, 2013, relator, Lisa Luxenburg, filed a petition for writ of mandamus in this Court.  *See* Tex. Gov=t Code Ann. ' 22.221.  Relator asked this Court to order the Honorable Ken Wise, Judge of the 334th District Court, Harris County, Texas, to set aside his October 7, 2013 order abating the proceeding and compelling arbitration, entered in trial court cause number 2013-29603, styled *Lisa Luxenburg v. J.C. Penney*.

Because the respondent ceased to hold the office of Judge of the 334th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Grant Dorfman, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b). Therefore, this mandamus proceeding is abated for a period of thirty days from the date of this order, at which time the new presiding judge of the 334th District Court, Harris County, Texas, shall advise the Court of the action taken on relator's request. The Court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.